| PROB 22 (Rev. 2/88) | | CASE NUMBER *(Tran. Court)* 2:03CR00701-01 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | CASE NUMBER *(Rec. Court)* 04-10243 |

| NAME AND ADDRESS OF PROBATIONER: Wendy R. Jiminian 246 N. Beacon Street Apt. #109 Brighton, MA 02135 | DISTRICT Eastern District of Pennsylvania | DIVISION Probation |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Clarence C. Newcomer | |
| | DATES OF PROBATION: | FROM 5/18/04 | TO 5/17/07 |

OFFENSE

Bringing in illegal aliens

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Eastern District of Pennsylvania

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____        _____
Date                                                 United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Massachusetts

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____        _____
Effective Date                                   United States District Judge