

# MEMORANDUM

**To:**      Honorable Judge Assigned

**From:**   Nicole L. Monteiro, U.S. Probation Officer

**Re:**     **Wendy Jiminian**
            **Dkt. #04-10243**
            **Request to Travel Out of the Country**

**Date:**   February 13, 2006

On May 18, 2004, the above-named individual appeared in the Eastern District of Pennsylvania for sentencing before the Honorable John P. Fullam after pleading guilty to two counts of Bringing in Illegal Aliens in violation of Title 8 U.S.C. § 1324(a)(2)(B)(i). The Court sentenced Ms. Jiminian to 3 years probation. On August 7, 2004, the Honorable William G. Young accepted transfer of jurisdiction.

This memorandum was prepared to notify the Court that Ms. Jiminian has requested to travel outside the U.S. to visit her family in Villa Juana, Santo Domingo from 3/22/06 to 4/6/06. The Probation Department was notified by the Consulate of the Dominican Republic that they have no objections to her traveling to their country as long as she holds a valid U.S. passport.

In light of the fact that Ms. Jiminian is in compliance with her conditions of probation, our office has no objection to this request.

As the Court is aware, any foreign travel must be approved by the Court, therefore we respectfully request that you review the travel request and kindly affix your signature below.

Thank you for your attention to this matter.

Reviewed by:                                    Submitted by:

_____                         _____
Jonathan Hurtig, Supervising                    Nicole Monteiro
U.S. Probation Officer                          U.S. Probation Officer


Travel request approved __✓__                   Travel request denied _____

_____
U.S. District Judge
               2/16/06